✔ JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ADRIEN JOSEPH SOTOMAYOR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. EDCV 23-727-AS<br><br><br>**JUDGMENT** |

　　Pursuant to the Memorandum Decision and Order,

　　**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: October 23, 2023

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE